**Dated: January 23, 2023**
**The following is ORDERED:**

_____
**Denise E. Barnett**
**UNITED STATES BANKRUPTCY JUDGE**

_____

                                                              IT111

                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TENNESSEE

In re:                                         Chapter 13
SHARON WILLIAMS
Debtor(s)                                      Case No. 19-23372-B

---

                    ADMINISTRATIVE ORDER REGARDING
         NOTICE OF POST-PETITION MORTGAGE FEES EXPENSES AND CHARGES

---

        It appearing to the Court that the Standing Chapter 13 Trustee has shown that
the following notice was filed against the estate of the debtor and that such
notice is a post petition debt not provided for by the Debtor's Chapter 13 plan:

---

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| RUSHMORE LOAN MANAGEMENT SERVICES LLC PO BOX 52708 IRVINE, CA  92619-2708 | $600.00 | FEES, COSTS AND EXPENSES (RULE 3002.1) Debt Not Provided For |

Court Claim/Document #7

        Your Trustee has examined the notice and recommends to the Court that it be
deemed a debt not provided for in Debtor's Chapter 13 plan and Trustee is not to
pay on notice until Chapter 13 plan is modified to provide for notice.

        Premises considered, the Court being of the opinion that the Trustee's motion
is well founded.

IT IS THEREFORE, ORDERED that the above notice be deemed a debt not provided for by the plan as recommended by the Trustee and that a copy of this motion and order be mailed to the Debtor(s) and Debtor's attorney of record.  The Debtor(s) shall be given 30 days within which to file a written application for modification of this order and, in the absence of such application, this order shall become final.


                                        /S/Sylvia Ford Brown
                                        CHAPTER 13 TRUSTEE


CC:   Sylvia Ford Brown
AH

      SHARON WILLIAMS
      4120 LONG CREEK ROAD
      MEMPHIS, TN  38125

      COHEN AND FILA ATTYS
      200 JEFFERSON AVENUE SUITE 925
      MEMPHIS, TN  38103

      RUSHMORE LOAN MANAGEMENT SERVICES LLC
      PO BOX 52708
      IRVINE, CA  92619-2708